# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 10-7705 DSF (CWx) | Date | 10/15/10 |
|---|---|---|---|
| Title | Three-Seven Entertainment, Inc., et al. v. Giallo Productions, Ltd. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Ex Parte Application for Temporary Restraining Order (Docket No. 3)

   While this matter may be appropriate for preliminary injunctive relief, Plaintiffs have not provided sufficient basis for proceeding on an emergency, ex parte basis. Plaintiffs have been aware of the dispute since at least March, (see Spiegel Decl. ¶ 3), yet waited until five calendar days – and only two business days – before the release date of the film at issue before filing an emergency motion for injunctive relief. The application is DENIED without prejudice to the filing of a regularly noticed motion for a preliminary injunction.

   Plaintiffs' counsel is ordered to advise Defendants of this order immediately on receipt.

   IT IS SO ORDERED.