**MARTIN D. SINGER (BAR NO. 78166)**
**EVAN N. SPIEGEL (BAR NO. 198071)**
**ANDREW B. BRETTLER (BAR NO. 262928)**
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-mail:    mdsinger@lavelysinger.com
E-mail:    espiegel@lavelysinger.com
E-mail:    abrettler@lavelysinger.com

Attorneys for Plaintiffs
THREE-SEVEN ENTERTAINMENT, INC., and
ADRIEN BRODY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE-SEVEN ENTERTAINMENT, INC., a Nevada corporation; and ADRIEN BRODY, an individual,<br><br>            Plaintiffs,<br><br>    vs.<br><br>GIALLO PRODUCTIONS, LTD., a United Kingdom limited company; HANNIBAL PICTURES, INC., a California corporation; RICHARD RIONDA DEL CASTRO, an individual; RAFAEL PRIMORAC, an individual; MAYA ENTERTAINMENT GROUP, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>            Defendants.<br>_____ | CASE NO. CV 10-7705 DSF (CWx)<br>HON. DALE S. FISCHER<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Filed Concurrently with: Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction; Declarations of Adrien Brody, Jere Douglass and Evan N. Spiegel, in Support Thereof; and [Proposed] Preliminary Injunction]<br><br>DATE:  November 22, 2010<br>TIME:  1:30 p.m.<br>PLACE: Courtroom 840<br>       Roybal Building<br>       Hon. Dale S. Fischer<br><br>Disc. Cut-Off:   N/A<br>Motion Cut-Off:  N/A<br>Trial Date:      N/A |

**TO THE COURT AND TO ALL PARTIES HEREIN:**

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiffs Three-Seven Entertainment, Inc. and Adrien Brody (collectively, "Plaintiffs") respectfully request that this Court take judicial notice of the following documents:

1. Right To Attach Order and Order for Issuance of Writ of Attachment After Hearing, filed in *Steelbridge Finance, LLC v. Hannibal, Inc., Giallo Productions, Ltd., et al.*, Los Angeles Superior Court, Case No. BC 426636 on February 1, 2010. A true and correct copy of the Order is attached as Exhibit "T" to the Declaration of Evan N. Spiegel, filed concurrently herewith; and as Exhibit "A" hereto.

2. Amended Order To Reduce the Amount To Be Secured by the Attachment, filed in *Steelbridge Finance, LLC v. Hannibal, Inc., Giallo Productions, Ltd., et al.*, Los Angeles Superior Court, Case No. BC 426636 on April 22, 2010. A true and correct copy of the Amended Order is attached as Exhibit "U" to the Declaration of Evan N. Spiegel, filed concurrently herewith; and as Exhibit "B" hereto.

These documents are properly subject to judicial notice under the Federal Rules of Evidence 201. "A judicially noticed fact must be one not subject to reasonable dispute in that it is either: (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Because the California Superior Court's issuance of these Attachment Orders is certain, the orders themselves can be judicially noticed. *See Dawson v. Mahoney*, 451 F.3d 550, 551 n.1 (9th Cir. 2006) (taking judicial notice of state court orders); *Neilson v. Union Bank of Cal., N.A.*, 290 F. Supp. 2d 1101, 1113 (C.D. Cal. 2003) ("Court orders and filings are the type of documents that are properly noticed under [Rule 201]."); *see also Allen v. City of L.A.*, 92 F.3d 842, 850 (9th Cir. 1992) (Federal courts "may take notice of proceedings in other courts,

1  both within and without the federal judicial system, if those proceedings have a
2  direct relation to matters at issue.")
3       For the foregoing reasons, Plaintiffs respectfully request that the Court take
4  judicial notice of and consider the California Superior Court Writ of Attachment
5  Orders attached as Exhibits "A" and "B" hereto, and as Exhibits "T" and "U" to
6  the Spiegel Declaration filed in support of Plaintiffs' Motion for Preliminary
7  Injunction.
8
9  DATE: October 22, 2010            LAVELY & SINGER
                                     PROFESSIONAL CORPORATION
10                                   MARTIN D. SINGER
                                     EVAN N. SPIEGEL
11                                   ANDREW B. BRETTLER
12                                           /s/ - Evan N. Spiegel
                                     By:_____
13                                          EVAN N. SPIEGEL
14                                   Attorneys for Plaintiffs
                                     THREE-SEVEN ENTERTAINMENT, INC.
15                                   and ADRIEN BRODY
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A

ORIGINAL

AT-120

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):
Leon J. Gladstone, Esq. (SBN 70967)
Jason Wallach, Esq. (SBN 75535)
Gladstone Michel Weisberg Willner & Sloane, ALC
4551 Glencoe Ave., #300, Marina del Rey, CA 90292
TELEPHONE NO.: (310) 821-9000   FAX NO.: (310) 775-8775
ATTORNEY FOR (Name): Plaintiff STEELBRIDGE FINANCE, LLC
NAME OF COURT: Los Angeles County Superior Court
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central

PLAINTIFF: STEELBRIDGE FINANCE, LLC
DEFENDANT: HANNIBAL, INC., et al.

**FOR COURT USE ONLY**
FILED
LOS ANGELES SUPERIOR COURT
FEB 1 - 2010
JOHN A. CLARKE, CLERK
BY_____ DEPUTY

[✓] **RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING**
[ ] **ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT AFTER HEARING**

CASE NUMBER: BC 426636

1. a. The application of plaintiff (name): STEELBRIDGE FINANCE, LLC
   for [✓] a right to attach order and order for issuance of writ of attachment
       [ ] an order for issuance of additional writ of attachment
   against the property of defendant (name): HANNIBAL, INC. dba Hannibal Pictures, Inc.; HANNIBAL PICTURES, INC.
   came on for hearing as follows:
   (1) Judge (name): Barbara A. Meiers
   (2) Hearing date: January 26, 2010   Time: 9:30 a.m.   [✓] Dept.: 12   [ ] Div.:   [ ] Rm.:
   b. The following persons were present at the hearing:
   (1) [ ] Plaintiff (name):              (3) [✓] Plaintiff's attorney (name): Jason Wallach
   (2) [ ] Defendant (name):              (4) [ ] Defendant's attorney (name):

**FINDINGS**

2. THE COURT FINDS
   a. Defendant (specify name): HANNIBAL, INC. dba Hannibal Pictures, Inc.; HANNIBAL PICTURES, INC. is a [ ] natural person [ ] partnership
      [ ] unincorporated association [✓] corporation [✓] other (specify): Hannibal Pictures, Inc. - d/b/a
   b. The claim upon which the application is based is one upon which an attachment may be issued.
   c. Plaintiff has established the probable validity of the claim upon which the attachment is based.
   d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.
   e. The amount to be secured by the attachment is greater than zero.
   f. [✓] Defendant failed to prove that all the property described in plaintiff's application is exempt from attachment.
   g. [ ] The following property of defendant, described in plaintiff's application
      (1) [ ] is exempt from attachment (specify):
      (2) [ ] is not exempt from attachment (specify):
   h. [ ] The following property, not described in plaintiff's application, claimed by defendant to be exempt
      (1) [ ] is exempt from attachment (specify):
      (2) [ ] is not exempt from attachment (specify):
   i. [✓] An undertaking in the amount of: $10,000.00   is required before a writ shall issue, and plaintiff
      [ ] has [✓] has not filed an undertaking in that amount.
   j. A Right to Attach Order was issued on (date):                                              pursuant to
      [ ] Code of Civil Procedure section 484.090 (on hearing)   [ ] Code of Civil Procedure section 485.220 (ex parte)
   k. [ ] Other (specify):

(Continued on reverse)

Form Approved for Optional Use
Judicial Council of California
AT-120 [Rev. January 1, 2000]

**RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)**

Code of Civil Procedure, §§ 482.030, 484.090
American LegalNet, Inc.
www.USCourtForms.com


EXHIBIT A PAGE 3

| SHORT TITLE: STEELBRIDGE FINANCE, LLC v. HANNIBAL, INC., et al. | CASE NUMBER: BC 426636 |
|---|---|

## ORDER

3. THE COURT ORDERS
   a. Plaintiff has a right to attach property of defendant (name): HANNIBAL, INC. and HANNIBAL PICTURES, INC.
      in the amount of: $ 2,286,43/.00
   b. ☐ The property described in items 2g(1) and 2h(1) of the findings is exempt and shall not be attached.
   c. The clerk shall issue ☑ a writ of attachment ☐ an additional writ of attachment   in the amount stated in item 3a
      ☐ forthwith ☑ upon the filing of an undertaking in the amount of: $ 10,000
      (1) ☑ for any property of a defendant who is not a natural person for which a method of levy is provided.
      (2) ☐ for the property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.010, described as follows (specify):

      (3) ☐ for the property covered by a bulk sales notice with respect to a bulk transfer by defendant or the proceeds of sale of such property, described as follows (specify):

      (4) ☐ for plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold. The license number is (specify):

   d. ☐ Defendant shall transfer to the levying officer possession of
      (1) ☐ any documentary evidence in defendant's possession of title to any property described in item 3c;
      (2) ☐ any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;
      (3) ☐ the following property in defendant's possession (specify):

   **NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

   e. ☑ Other (specify): see attached
   f. Total number of boxes checked in Item 3: 3

Date: 2/1/10

BARBARA A. MEIERS
(TYPE OR PRINT NAME)                                       (SIGNATURE OF JUDGE OR COMMISSIONER)

AT-120 [Rev. January 1, 2000]   RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER   Page two
FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)

EXHIBIT A PAGE 4

**Attachment 3 e:**

A lien on and right to attach in the sum of $2,286,431 on and as to all of the causes of action of Hannibal, Inc., Hannibal Picures Inc., and Hannibal, Inc. d/b/a Hannibal Pictures, Inc. (hereinafter "said party") and on any and all rights, titles or interests therein of said party in federal case CV06-1814 WDK so long as the action is pending as well as upon any final judgment in <u>Hannibal Pictures, Inc. v. Sonja Productions, Inc. et. al.</u> case number CVO6-1814WDK filed in the United States District Court for the Central District of California ( now on appeal in the United States Court of Appeals for the Ninth Circuit, Circuit case number 09-56584) in favor of said party. A lein in favor of Steelbridge Finance, LLC is also sought to be imposed on any and all rights of said party as to any and all money and/or property pursuant to any judgment in said party's favor as now exists as well as any which is subsequently procured in that action as to any and/or all causes of action of said party in said party's favor in case number CV06-1814 WDK.

EXHIBIT B

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>A. Raymond Hamrick, III (State Bar No. 93821)<br>HAMRICK & EVANS, LLP<br>111 Universal Hollywood Drive, Suite 2200<br>Universal City, CA 91608<br>☐ ORIGINAL   TELEPHONE NO.: (818) 763-5292<br>ATTORNEY FOR *(Name)*: HANNIBAL INC., HANNIBAL PICTURES, INC. and GIALLO PRODUCTIONS LIMITED | FOR COURT USE ONLY<br><br>**FILED**<br>LOS ANGELES SUPERIOR COURT<br>APR 22 2010<br>JOHN A. CLARKE, CLERK<br>BY B.M. BAKER, DEPUTY |
| NAME OF COURT: Los Angeles Superior Court<br>STREET ADDRESS: 111 N. Hill Street<br>MAILING ADDRESS: 111 N. Hill Street<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: Stanley Mosk Courthouse | |
| PLAINTIFF: STEELBRIDGE FINANCE LLC<br><br>DEFENDANTS: HANNIBAL, INC., HANNIBAL PICTURES, INC. and GIALLO PRODUCTIONS LIMITED | |
| [~~PROPOSED~~] AMENDED ORDER<br>☐ to Set Aside Right to Attach Order, Quash Writ of Attachment, and Release Property Levied Upon<br>☐ to Release Attached Property Exceeding in Value the Amount to be Secured<br>☐ to Substitute Defendant's Undertaking for Property<br>☐ to Increase Plaintiff's Undertaking<br>☐ to Determine Sufficiency of Plaintiff's Sureties<br>☐ to Discharge Attachment and Release Property Levied Upon (Ex Parte)<br>☐ to Release Property Levied Upon Due to Filing of Undertaking on Appeal (Ex Parte)<br>☒ to Reduce the Amount to be Secured by the Attachment | CASE NUMBER:<br>BC 426636 |

1. a. The court has considered the application of defendant
   *(name)*: HANNIBAL INC., HANNIBAL PICTURES, INC. and GIALLO PRODUCTIONS LIMITED
   for an order
   (1) ☐ to set aside Right to Attach Order, quash Writ of Attachment, and release property levied upon.
   (2) ☐ to release attached property exceeding in value the amount to be secured.
   (3) ☐ to substitute defendant's undertaking for property.
   (4) ☐ to increase plaintiff's undertaking.
   (5) ☐ determining sufficiency of plaintiff's sureties.
   (6) ☐ to discharge attachment and release property levied upon.
   (7) ☐ to release property levied upon due to filing of undertaking on appeal.
   (8) ☒ to reduce the amount to be secured by the attachment,
   b. ☒ On hearing as follows *(check boxes in items (3) and (4) below to indicate personal presence)*:
      (1) Judge *(name)*: BARBARA A. MEIERS
      (2) Hearing date: March 16, 2010   time: 9:30 a.m.   ☒ dept.: 12   ☐ div.:   ☐ rm.:
      (3) ☒ Plaintiff *(name)*: STEELBRIDGE FINANCE LLC   ☒ Attorney *(name)*: JASON WALLACH, DONALD L. MABRY
      (4) ☒ Defendant *(name)*: HANNIBAL INC., HANNIBAL PICTURES, INC. and GIALLO PRODUCTIONS LIMITED   ☒ Attorney *(name)*: A. RAYMOND HAMRICK, III, MARTIN J. BARAB
   c. ☒ Ex parte. *pursuant to a stipulation of the parties that this amended order issue.*

2. THE COURT FINDS
   a. ☐ Plaintiff is not entitled to the Right to Attach Order issued on
      *(date)*:
   b. ☐ Nonresident defendant has filed a general appearance and plaintiff has not shown that the Right to Attach order is authorized by a provision other than CCP 492.010.
   c. ☐ The value of defendant's interest in property attached is
      $
      which exceeds the amount necessary to satisfy the amount to be secured by the attachment by
      $
   d. ☐ The defendants named in item 1a are the only defendants who have an interest in the property described in item 2f.

*(Continued on reverse)*

| Form Approved by the<br>Judicial Council of California<br>AT-175 [Rev. July 1, 1983] | ORDER TO SET ASIDE ATTACHMENT, TO<br>SUBSTITUTE UNDERTAKING, ETC. (Attachment) | CCP 482.030<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

EXHIBIT B PAGE 6

| SHORT TITLE: STEELBRIDGE FINANCE LLC v. HANNIBAL, INC. at al. | CASE NUMBER: BC 426636 |
|---|---|

2. f. ☐ an undertaking in the amount of $ _____ is a sufficient substitution for the following property which
   (1) ☐ has been attached *(describe)*:

   (2) ☐ is subject to attachment *(describe)*:

g. ☐ The undertaking is insufficient as follows *(specify)*:

h. ☐ Defendant has recovered judgment against plaintiff and (1) no timely motion to vacate the judgment or for judgment notwithstanding the verdict or for a new trial has been filed and served and is pending and no appeal has been perfected; and (2) no undertaking has been executed and filed as required by CCP 921.

i. ☐ Enforcement of plaintiff's judgment is stayed by the filing of an undertaking on appeal and justification of defendant's sureties
   ☐ has been made.
   ☐ has been waived in writing.
   ☐ has been waived by failure to timely object.

j. ☒ The amount to be secured by the attachment ~~may be~~ reduced by the amount of $ 663,000  *BMill*

k. ☐ Other *(specify)*:

## ORDER

3. IT IS ORDERED
   a. ☐ The Right to Attach Order issued on *(date)*:                          is set aside.
   b. ☐ The Writ of Attachment issued on *(date)*:                              is quashed.
   c. ☐ The property levied upon pursuant to the Writ of Attachment issued on
      *(date)*:                           is released as follows:
      (1) ☐ all property.
      (2) ☐ property in the amount of $
      (3) ☐ the following property *(describe)*:

   d. ☐ Defendant may substitute an undertaking for property which has been attached as follows:
      (1) amount of undertaking: $
      (2) property *(describe)*:

   e. ☐ Defendant may file an undertaking to prevent the levy upon property as follows:
      (1) amount of undertaking: $
      (2) property *(describe)*:

   f. ☐ An increase in the amount of plaintiff's undertaking is required to a total undertaking of $
      An undertaking in this amount shall be filed on or before *(date)*:
   g. ☐ Plaintiff shall file an undertaking by *(date)*:                         with sufficient sureties.
   h. ☒ The amount to be secured by the attachment is reduced to $ 1,623,431
   i. ☐ Other:

   j. Total number of boxes checked in item 3 one (1)

Date: 4/22/10
BARBARA A. MEIERS
*(TYPE OR PRINT NAME)*

*Hon. Barbara A. Meiers*
*(SIGNATURE OF JUDGE)*

AT-175 [Rev. July 1, 1983]

Page two
American LegalNet, Inc.
www.FormsWorkflow.com

EXHIBIT B PAGE 7