JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE-SEVEN ENTERTAINMENT, INC., a Nevada corporation; and ADRIEN BRODY, an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GIALLO PRODUCTIONS, LTD., a United Kingdom limited company; HANNIBAL PICTURES, INC., a California corporation; HANNIBAL, INC., a California corporation; RICHARD RIONDA DEL CASTRO, an individual; RAFAEL PRIMORAC, an individual; MAYA ENTERTAINMENT GROUP, INC., a Delaware corporation; MAYA HOME ENTERTAINMENT, a division of Maya Entertainment Group, Inc.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV10-7705 DSF(CWx)<br>HON. DALE S. FISCHER<br><br>**ORDER DISMISSING ACTION IN ITS ENTIRETY, AND DISSOLVING/LIFTING OF THE PRELIMINARY INJUNCTION, PURSUANT TO SETTLEMENT** |

/ / /

/ / /

1   The Court having received and considered plaintiffs Three-Seven Entertainment, Inc.'s and Adrien Brody's (collectively "Plaintiffs") Request for Dismissals and request to dissolve and lift the Preliminary Injunction and bond thereon, all pursuant to settlements entered into by Plaintiffs and named defendants, and pursuant to Fed. Rules of Civil Proc., Rule 41(a)(1)(i);

**IT IS HEREBY ORDERED THAT:**

(1)   Defendants Giallo Productions, Ltd., Hannibal Pictures, Inc., Hannibal, Inc., Richard Rionda Del Castro, Rafael Primorac, Maya Entertainment Group, Inc., and Maya Home Entertainment (collectively, "Defendants") are hereby dismissed from this action, *with* prejudice, as to all claims;

(2)   This action is dismissed by Plaintiffs in its entirety, *without* prejudice, whereby Plaintiffs may, at their option, later pursue related potential claims, including in an alternate court, jurisdiction or venue, against any other currently unnamed potential defendant parties; and

(3)   The Preliminary Injunction, dated November 22, 2010, is, as of the date of this order, hereby dissolved and lifted, and the bond and undertaking thereon is ordered released.

**IT IS SO ORDERED.**

Dated:   1/24/11

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE